JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SWVA Kentucky, LLC

**DEFENDANTS**
Atlantic Broom Service, Inc.
c/o Registered Agent Clement G. Kiley
1 Pinetree Drive, Plainville, MA 02762

**(b)** County of Residence of First Listed Plaintiff: Boyd County, KY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Plymouth County, MA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Goulston & Storrs PC
400 Atlantic Avenue, Boston, MA 02110
617-482-1776

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1963

Brief description of cause:
This action is being filed to register a judgment obtained against Defendant in the Eastern District of Kentucky.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 11/13/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ Douglas B. Rosner

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

[Print] [Save As...] [Reset]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. **Title of case (name of first party on each side only)** SWVA Kentucky, LLC v. Atlantic Broom Service, Inc.

2. **Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).**

    | | I. | 160, 400, 410, 441, 535, 830*, 835*, 850, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT. |
    |---|---|---|
    | ☐ | II. | 110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899. |
    | ✔ | III. | 120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950. |

    *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. **Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.**

    SWVA Kentucky, LLC v. Atlantic Broom Service, Inc., Civil Action No. 20-cv-00041 (ED Ky.)

4. **Has a prior action between the same parties and based on the same claim ever been filed in this court?**
    YES ☐    NO ✔

5. **Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)**
    YES ☐    NO ✔

    **If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?**
    YES ☐    NO ✔

6. **Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?**
    YES ☐    NO ✔

7. **Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).**
    YES ✔    NO ☐

    A. **If yes, in which division do all of the non-governmental parties reside?**
    Eastern Division ✔    Central Division ☐    Western Division ☐

    B. **If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?**
    Eastern Division ☐    Central Division ☐    Western Division ☐

8. **If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)**
    YES ☐    NO ✔

**(PLEASE TYPE OR PRINT)**
**ATTORNEY'S NAME** Douglas B. Rosner
**ADDRESS** Goulston & Storrs PC, 400 Atlantic Avenue, Boston, MA  02110
**TELEPHONE NO.** 617-482-1776

(CategoryForm1-2019.wpd )

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| SWVA Kentucky, LLC ) <br> *Plaintiff* ) <br> v. ) <br> Atlantic Broom Service, Inc. ) <br> *Defendant* ) | Civil Action No. 20-cv-00041 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 9/18/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 11/10/2020

ROBERT R. CARR

*CLERK OF COURT*

Kelly L Smith, D.C.
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

**SWVA KENTUCKY, LLC,**
an Indiana limited liability company

    **Plaintiff,**                        CIVIL ACTION NO: 20-CV-00041

v.

**ATLANTIC BROOM SERVICE, INC.,**
a Massachusetts corporation

    **Defendant.**

### AMENDED JUDGMENT OF DEFAULT

On this day came SWVA Kentucky, LLC ("Plaintiff"), by counsel, Hon. Michael A. Frye, Hon. Sarah A. Walling, and Jenkins Fenstermaker, PLLC moving this Court pursuant to Rule 55(b)(2) for the entry of a default judgment against Defendant, Atlantic Broom Service, Inc. for the reason that the time for Defendant has failed to file a responsive pleading in this matter, and the deadline for Defendant to do so has passed. In support of its Motion, Plaintiff tendered in support of its Motion the Affidavit of Dexter Childers, Jr, Controller of SWVA Kentucky, LLC establishing a sum certain. Also tendered in support of its Motion was the Supporting Affidavit of SWVA's counsel establishing the prerequisites for the entry of a default judgment and further setting forth the attorney's fees and costs incurred by the Plaintiff in the prosecution of this action.

**IT IS ORDERED** that said Motion and supporting documents are filed.

Based upon review of the pleadings filed to date, and the attachments thereto, the Court makes the following findings:

The Court **FINDS** that the Defendant, after having been properly and lawfully served with process pursuant to applicable rules of the Federal Rules of Civil Procedure, has failed to appear in this matter, and the June 25, 2020 deadline for the defendant to do so has passed. Further, the

Court **FINDS** and that the defendant, being a corporation, is not a minor; incompetent; incarcerated; nor a member of the armed forces of the United States. The Court finds that the Clerk entered a default against the Defendant on September 14, 2020. (ECF #10).

Furthermore, this Court **FINDS** that Plaintiff, having reduced the amount it claims it is owed from Defendant to a sum certain of $207,219.39, is entitled, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, to a judgment of default;

It is therefore **ADJUDGED, ORDERED, and DECREED** that judgment be entered in favor of SWVA Kentucky, LLC and against the Defendant Atlantic Broom Service, Inc. in the amount of $207,219.39,

It is further **ADJUDGED, ORDERED and DECREED** that judgment be entered in favor of SWVA Kentucky, LLC and against the Defendant Atlantic Broom Service, Inc. in the amount of $7,457.00 representing incurred attorney's fees and further in the amount of $415.45 representing costs in the filing and serving of this action;

It is further **ADJUDGED, ORDERED, and DECREED** that plaintiff is awarded pre-judgment interest against Atlantic Broom Service, Inc., at the current prevailing statutory rate of 6% until this judgment from April 15, 2020 through and including the date entry of this judgment of default;

It is further **ADJUDGED, ORDERED, and DECREED** that plaintiff is awarded post-judgment interest against Atlantic Broom Service, Inc., at the current prevailing statutory rate of 6% until this judgment is paid in full; and

It is further **ADJUDGED, ORDERED, and DECREED** that this matter is hereby dismissed from the docket of this Court, with the Court retaining jurisdiction over any proceedings related to the satisfaction of this judgment.

**IT IS FURTHER ORDERED** that the Clerk of Courts shall enter this Order and forward certified copies of the Order upon its entry as follows:

> Hon. Michael A. Frye
> Hon. Sarah A. Walling
> **JENKINS FENSTERMAKER, PLLC**
> Post Office Box 2688
> Huntington, West Virginia 25726-2688
> *Counsel for SWVA Kentucky, LLC*
>
> Atlantic Broom Service, Inc.
> c/o Registered Agent
> Clement G. Kiley
> 1 Pinetree Drive
> Plainville, MA 02762

Entered this 18th day of September, 2020.



**Signed By:**

<u>Henry R Wilhoit Jr.</u>

**United States District Judge**

**Prepared and submitted for entry by:**

/s/Michael A. Frye
Hon. Sarah A. Walling (KY Bar #94133)
Hon. Michael A. Frye (KY Bar #90246)
JENKINS FENSTERMAKER, PLLC
P.O. Box 2688
Huntington, West Virginia 25726-2688
Phone: (304) 523-2100
Fax:    (304) 523-2347
*Counsel for SWVA Kentucky, LLC*

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: Kelly S. Smith
Date: 11/10/2020